# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| John A. Nawara | ) | Bankruptcy No. 10 B 02331 |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Jack B. Schmetterer |
| | ) | |

To:   See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **August 21, 2013,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jack B. Schmetterer in Courtroom 682 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion to Reopen Case**, a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, and by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 7th day of August, 2013.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

**Notice List**
**John A. Nawara**
**10 B 02331**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn, Trustee
chiweb@tvch13.net

Robert J. Semrad & Assoc.
20 S. Clark St.
28th Floor
Chicago IL  60603

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| John A. Nawara | ) | Bankruptcy No. 10 B 02331 |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Jack B. Schmetterer |

## DEBTOR'S MOTION TO REOPEN CASE

NOW COMES the Debtor, John A. Nawara, by and through his attorney, David P. Lloyd, and moves this honorable Court to reopen this case pursuant to Section 350(b) of the Bankruptcy Code, and in support thereof states as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 13 petition on January 22, 2010.

2. At the time of the filing of this case, the Debtor was a plaintiff in a law suit pending in the United States District Court for the Northern District of Illinois, No. 08 CV 6621, entitled Burruss et al. v. Dart et al. The suit was filed by a number of correctional offices with the Cook County Sheriff's Office against the Cook County Sheriff and other officials with the Cook County Sheriff's office, alleging retaliation based on the plaintiffs' political affiliation.

3. At the time of the filing of this bankruptcy case, the Debtor anticipated that the relief he would likely obtain in the suit was reinstatement with the Cook County Sheriff and did not expect to obtain any financial recovery, and therefore the suit was not scheduled.

5. On April 14, 2010, the Court dismissed this case for non-payment to the Trustee. The case was closed on July 16, 2010.

6. On March 6, 2013, the Debtor presented a motion to reopen this case in order to file an amended Schedule B. The Court denied the motion on the grounds that it was unnecessary to reopen

the case to file the amended schedule.

7. The Debtor filed his amended Schedule B on March 11, 2013.

8. Notwithstanding the filing of the amended Schedule B, and the denial of the motion to reopen as unnecessary, the U.S. District Court in Case No. 08 CV 6621 has ruled that either the Standing Trustee must pursue the Debtor's claim in that case, or the Debtor must obtain permission from the Standing Trustee, or an order of this Court, to allow him to pursue his claim in District Court.

9. The Debtor needs this case reopened to give the Standing Trustee the opportunity to pursue, or to decline to pursue, the claim, and, if necessary, to obtain leave of this Court to pursue the claim.

WHEREFORE the Debtor, John A. Nawara, prays that this case be reopened, and for such other and further relief as this honorable Court may deem meet.

                                            Respectfully submitted,
                                            John A. Nawara

                                            By:___/s/ David P. Lloyd_____
                                                  His attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265