UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )
John A. Nawara                                  )          Bankruptcy No. 10 B 02331
                                                )
                         Debtor.                )          Chapter 13
                                                )

## ORDER ON DEBTOR'S MOTION TO REOPEN
## BANKRUPTCY CASE THAT WAS CLOSED ON 4/14/10

It appearing that a District Judge is concerned that a bankruptcy trustee may have an interest in what transpires in the District Court Case, but it also appearing that this bankruptcy case is absolutely dead and the Chapter 13 Trustee cannot be concerned with it, and further appearing that the opening of this case would serve no purpose whatsoever, now therefore with great respect to the District Judge, the Motion is denied.

**ENTER**

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of August, 2013.