**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO 07 B 03934 et al |
| James C Williams and Allie M Williams ) | |
|    And Attached list of cases ) | |
| ) | |
| ) | |

**AGREED SUBSTITUTION OF ATTORNEY**

**AGREED NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 2091-1**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Danielle Tubay and Patrick Semrad hereby agree to substitute the appearance of Danielle Tubay for Patrick Semrad and withdraw the appearance of Danielle Tubay for the above case AND the attached list of cases, as follows:

**COUNSEL APPEARANCE WITHDRAWN:**          **COUNSEL SUBSTITUTING AND APPEARING:**
Danielle Tubay                                                         Patrick Semrad
Robert J. Semrad and Associates LLC                    Robert J. Semrad and Associates LLC
20 S Clark 28th Floor                                          20 S Clark 28th Floor
Chicago IL 60603                                                     Chicago IL 60603


**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

                                                AGREED TO BY BOTH PARTIES:

/s/ Danielle Tubay                                                  /s/ Patrick Semrad



RESPECTFULLY SUBMITTED
/s/ Patrick Semrad
Robert J. Semrad and Associates LLC
20 S. Clark Street, 28th Floor
Chicago IL 60603
312-913-0625

| | |
|---|---|
| 07-03934 | James C Williams and Allie M Williams |
| 07-12149 | Hurschell Franklin and Pamela Franklin |
| 07-15099 | Kimberly L Bennett |
| 07-17188 | Ericka M Butler |
| 07-22305 | William L Lucas |
| 08-02745 | Sharon Turner |
| 08-03918 | Nakia Hughes |
| 08-09004 | Chester D. Ross |
| 08-20560 | Mark Reed |
| 08-22551 | Tara R Harris |
| 08-25770 | Sandra Washington |
| 08-29396 | James E Forrest |
| 09-00115 | Charles A Wilson |
| 09-02839 | Jacqueline Kidd |
| 09-09152 | Sadie L Walker |
| 09-10093 | Faith McGrady |
| 09-11381 | Larry D Moorer |
| 09-16198 | Samuel Coleman |
| 09-19210 | Dion I Gaines |
| 09-19730 | Cheryl D Burgest |
| 09-22262 | Milton T Houston |
| 09-23155 | Thomas C Ashton and Cathleen E Ashton |
| 09-30494 | Terry L Williams and Muriel E Bright-Williams |
| 09-30496 | Early D Ware and Lolita Jackson |
| 09-30497 | Jacqueline Cofield |
| 09-30498 | Donna E Gay |
| 09-30499 | Jerrell Sheppard |
| 09-30500 | Kim Pole |
| 09-31115 | Emma L Hicks |
| 09-31116 | Gwendolyn Woods |
| 09-31122 | Jennifer E Usher |
| 09-31290 | Alma D Johnson |
| 09-31489 | Lanita M Holt |
| 09-31492 | LeRond R Moore |
| 09-31601 | Tina R Kendrick |
| 09-31655 | Marilyn Patton |
| 09-31656 | Earnest L Wiggins and Karen L Wiggins |
| 09-31658 | Latasha S Greene |
| 09-32430 | Victor E Buntic |
| 09-32447 | Rico Acoff |
| 09-32626 | Marlo K Johnson-Webb |
| 09-32776 | Andre L Spurlock and Tameeka D Spurlock |
| 09-32779 | Pamela Allen |
| 09-32780 | April N Wynn |
| 09-32932 | Tiwana M Neal |
| 09-33124 | Hope A Smith |
| 09-33127 | Adolph J Clark |
| 09-33129 | Toni D Creed |

| | |
|---|---|
| 09-33132 | LaVerne J Johnson |
| 09-33135 | Sidney Lofton and Ruby Lofton |
| 09-33471 | Aidah A Shabazz |
| 09-33474 | Homer W Willis and Betty J Willis |
| 09-34372 | Andre Young |
| 09-34766 | Detrice Hendrix |
| 09-34770 | Donna R Posey |
| 09-34774 | Addie R Matten |
| 09-34800 | Kathryn A Tabron |
| 09-34929 | Raquel A Paul |
| 09-34933 | Cynthia Smith |
| 09-35117 | Gina Fristoe |
| 09-35122 | Tussanee S Wilson |
| 09-35130 | Larry D Ford and Lovette B Walker |
| 09-35160 | Herminion M Sullivan |
| 09-36015 | Peggy L Galloway |
| 09-36179 | DeAndrea M Thomas |
| 09-36183 | Dana L Anderson |
| 09-36186 | Monica S Moore |
| 09-36190 | Bogdan A Komar and Joanna Komar |
| 09-36192 | Martenia Morris and Michelle L Morris |
| 09-36583 | Harriet T Watkins |
| 09-36609 | Paula Hall |
| 09-37264 | Tamira Gomez |
| 09-37268 | Albert T Haskins and Jaclanette E Haskins |
| 09-37593 | Troy L Sherrod |
| 09-37595 | Steven D Johansen and Margaret E Johansen |
| 09-37693 | Deloris J Little |
| 09-38199 | Deirdre D James |
| 09-38562 | Lawanda A Gibson |
| 09-38567 | Earl F Whitiker |
| 09-38575 | Marlon B Bell |
| 09-38582 | Lashonda Y Green |
| 09-38586 | Matthew E Johnson |
| 09-38588 | Landon Allen |
| 09-38856 | Tanya Walls |
| 09-38858 | Kimberly N Woods |
| 09-39295 | Larry Baugh and Linda F Williams-Baugh |
| 09-39321 | Marilyn D Fullerton |
| 09-39642 | Larry J Hart |
| 09-39944 | Anthony E Dorsey |
| 09-39996 | Deborah F Fields |
| 09-40015 | Vera S Pryor |
| 09-40259 | Kimberly A Holland |
| 09-40262 | Marsha L Colbert-Goldman |
| 09-40481 | Nathan E Smith |
| 09-40484 | Aletha Turner-Robinson |
| 09-40485 | Theresa Johnson |

| | |
|---|---|
| 09-40656 | Linda Adams |
| 09-40955 | Vernie S Gilmer |
| 09-40960 | Sylvia B Jones |
| 09-41291 | Eugene L Lee |
| 09-41292 | Joseph E Mays |
| 09-41351 | Gregory E Holman |
| 09-41356 | Rosalyn J Celestine |
| 09-41670 | Victoria U Nwagwu |
| 09-42061 | Benjamin F Buckner, III |
| 09-42064 | Edward C Robinson |
| 09-42409 | Charles J Ford and Virginia Ford |
| 09-42414 | Mariluz D Gomez |
| 09-42659 | Joseph Turner |
| 09-43194 | James E Washington and Mia L Washington |
| 09-43345 | Christine A Thurston |
| 09-43425 | LaTonya A Allen |
| 09-43428 | Gabriel Galvez |
| 09-43552 | Trenda L Hardy-Sutton |
| 09-43585 | Nathaniel Robinson |
| 09-43589 | James E Brown |
| 09-44228 | Ferris Lee |
| 09-44657 | Bryant Carroll |
| 09-44887 | Mia V Gueno-Perry |
| 09-44906 | Beverly O Snelling |
| 09-45663 | Beverly Flowers |
| 09-45667 | Ulaine D Bynum |
| 09-45668 | Stephanie A Lloyd |
| 09-45776 | Eboni M Armour |
| 09-45779 | Renee P. Brown |
| 09-45785 | Darla McGee |
| 09-45897 | Kenneth Roach and Karen J Roach |
| 09-45904 | Erma J Eckford |
| 09-45906 | Anthony L Beacham |
| 09-46320 | Jasandra W Sherrill |
| 09-46394 | Jacqueline M Harry |
| 09-46503 | Fredrick L Newson |
| 09-46739 | Robert E Ellis and Angela Parker |
| 09-46745 | Wenona A Posley |
| 09-46748 | Martin Guzman and Martha Guzman |
| 09-47485 | Linda Cooper |
| 09-47513 | Lourdes C Salazar |
| 09-47586 | Gregory Frazier and Johneva L Frazier |
| 09-47597 | Raymond E Hight |
| 09-47730 | Isaac Banks |
| 09-47789 | Ruth E Gaddy-Moore-Miller |
| 09-48303 | Lawrence J Harris |
| 09-48477 | Alton Cunningham and Alexis A Cunningham |
| 09-48493 | Xavier B Thompson |

| | |
|---|---|
| 09-48593 | Ella L King |
| 09-48923 | Edgar A Snoddy and Joyce M Snoddy |
| 09-48925 | Terry L Bereta and Gladys I Bereta |
| 09-48928 | Alma L Shannon |
| 09-48930 | Shawndra K Lewis |
| 09-49089 | Janice C Brown |
| 09-49096 | Teresa B Singleton-Cooper |
| 09-49103 | Deanna M Melton-Riddle |
| 09-49107 | Hosea Crymes |
| 09-49588 | Patricia A Vinnett |
| 09-49607 | Lillie J Simmons-Martin |
| 09-49614 | Wilbert Abraham |
| 10-00350 | Elaine Jackson |
| 10-00435 | Asantewah F Daniels |
| 10-00675 | Betty J Nunn |
| 10-00676 | Terrill G Binion |
| 10-01169 | Carlos M Ward |
| 10-01171 | Akia M Byrd |
| 10-01173 | Nicola L Hayes |
| 10-01174 | Nathan Williams |
| 10-01176 | Michael T Blackmon |
| 10-01177 | Cheryl Mason |
| 10-01178 | Sheila C Bonner |
| 10-01187 | Gladys M Mickens |
| 10-01293 | Bryant K Ludlow and Priscilla L Ludlow |
| 10-01300 | Verneda Tucker |
| 10-01307 | Donald Berryhill and Linda Berryhill |
| 10-01491 | Edward Buie |
| 10-01533 | Deborah A Nevels |
| 10-01539 | David E Shermulis |
| 10-01543 | Karla L Williams-Jones |
| 10-01723 | Allan Rollins |
| 10-01725 | Odessa W Rodgers |
| 10-01932 | Diana F Ross |
| 10-01936 | Rochelle A Washington |
| 10-01944 | Jimmie M Billings |
| 10-01949 | LaTonya R Colbert |
| 10-02073 | Gregory Evans |
| 10-02245 | Vernita C Holmes |
| 10-02248 | Cora L Jefferson |
| 10-02251 | Michael W Robinson and Vikea S Robinson |
| 10-02254 | Shar K. Pinkett |
| 10-02331 | John A Nawara |
| 10-02498 | Mauro Guerrero |
| 10-02525 | Herman Norris |
| 10-02717 | Lilly M Jackson |
| 10-02724 | Marilyn M Williams |
| 10-02725 | Mildred C Johnson |

| | |
|---|---|
| 10-02733 | Gerald E Tellis |
| 10-02734 | Kimberly Watson |
| 10-02735 | Cynthia D Walker |
| 10-02910 | Raven F Rhodes |
| 10-02915 | Derrick M Jones |
| 10-03092 | Leotis Johnson and Robbie A Johnson |
| 10-03242 | Marcus J Flenaugh |
| 10-03323 | Keiara M Harper |
| 10-03329 | Kevin A Copeland |
| 10-03331 | Rhonda D Washington |
| 10-03333 | Leon Watt |
| 10-03657 | Silver J Miller |
| 10-03760 | Sanara A. Leake |
| 10-03791 | Ricardo R Reynolds |
| 10-04089 | Randall L Thompson and Ruby L Thompson |
| 10-04091 | Stafford L Bester and Beatrice A Brown |
| 10-04094 | Jay D Ballard |
| 10-04099 | Michael A Russell |
| 10-04215 | Lisa M Edwards |
| 10-04258 | Germel T Lewis |
| 10-04372 | Edward B Wilkins |
| 10-04378 | Norma J Hawkins |
| 10-04548 | Yvonne Armstrong |
| 10-04575 | Will T Gillespie and Patricia A Gillespie |
| 10-04576 | Washington Wiley |
| 10-04577 | Latarsia T Maxie |
| 10-04788 | Janie B Morgan |
| 10-05088 | Tatiana L Stuart |
| 10-05153 | Ronda K Allen |
| 10-05369 | Maxine Blair |
| 10-05617 | Vera A Douglas |
| 10-05620 | Osvaldo Velasco |
| 10-06059 | Jerome L Gandy and Marie A Gandy |
| 10-06063 | Toya M Dunkinsel |
| 10-06067 | Arthur G Donaldson |
| 10-06071 | Nicolas Cervantes |
| 10-06072 | Mary E Edmond |
| 10-06076 | Larry D McCann |
| 10-06299 | Rodney E Moore |
| 10-06302 | Michelle D Durr |
| 10-06304 | Angela Fenner |
| 10-06307 | Francisco Tovar and Maria C Tovar |
| 10-06308 | Jerel L Garner and Sherri L Garner |
| 10-06414 | Tarona T Russell |
| 10-06758 | Shirley Smith |
| 10-06762 | Brian C Jones |
| 10-07044 | Darrell A Roberson |
| 10-07047 | Melinda A Mitchell |

| | |
|---|---|
| 10-07159 | Joyce L Wallace |
| 10-07301 | Marcus A Wilson |
| 10-07303 | Sabrina M Jordan |
| 10-07307 | LaKita ND Pierce |
| 10-07308 | Daniel M Hornik |
| 10-07309 | Merriel L McClellan and Judge E McClellan |
| 10-07532 | Frederick L Clark and Patsy A Clark |
| 10-07540 | Teresa L Bourn |
| 10-07548 | Jausalyn J Briggs |
| 10-07804 | Theodous L Hutcherson |
| 10-07808 | Jesse Frausto and Carmen Frausto |
| 10-08093 | Charmaine Cothran |
| 10-08246 | Lynell Jones and Betty Jones |
| 10-08248 | Larry D Grissett |
| 10-08374 | Patty A Harris |
| 10-08385 | Bidalia Tejeda |
| 10-08387 | Annie M Davis |
| 10-08393 | Kandi T. Singleton |
| 10-08848 | Jarrelle Moore |
| 10-08910 | Demetria D McCracklin |
| 10-08962 | Morgan G McGee |
| 10-08970 | Estela Olvera |
| 10-08976 | Monalisa Hines |
| 10-08981 | Konya G Rowan |
| 10-08989 | Mark J Dickinson |
| 10-09001 | Eric D Jefferson |
| 10-09216 | Olivia R Ramsey |
| 10-09218 | Janice Johnson |
| 10-09373 | Bobbie R Johnson |
| 10-09970 | Sharon R Lee |
| 10-09978 | Terrance C Hoffman |
| 10-09999 | Antonio E Johnson |
| 10-10144 | Dorothy L Riles |
| 10-10443 | Deverrick Crawford |
| 10-10747 | Elisha Graham |
| 10-10753 | Willie M Kimmons |
| 10-10757 | Rodney E Bankston |
| 10-10772 | Carmen L McClain |
| 10-10776 | Sandy Pate and Jacqueline L Pate |
| 10-11418 | Antonio Candia and Alma G Candia |
| 10-11422 | Joanne Johnson |
| 10-11427 | Tina M Perry |
| 10-11625 | Andre Agnew and Karen D Agnew |
| 10-11834 | Bruce Branch |
| 10-11836 | Anthony T Epps and Elizabeth M Elzey- Epps |
| 10-12052 | Willie J Miller and Melinda S Miller |
| 10-12056 | Doris J Terry |
| 10-12383 | Cherie A Shorty |

| | |
|---|---|
| 10-12384 | Linda D Dixon |
| 10-12389 | Deon T Willis |
| 10-12656 | Terrence M Crawford |
| 10-12899 | Brandon M Hosch |
| 10-12903 | Pamela Reed |
| 10-12907 | Willie C Lovelace |
| 10-13212 | Homer L Potts |
| 10-13239 | Enedino Juarez |
| 10-13732 | Jaylee Rogers and Janina Rogers |
| 10-13742 | Jackie D Bullock |
| 10-14036 | Eric Melero |
| 10-14085 | Alicia M Junior |
| 10-14114 | Dominique M McCain |
| 10-14594 | Andre J Thomas |
| 10-14611 | Diane R Whitehead |
| 10-14716 | Micheal H Bell and Tamika L Bell |
| 10-14772 | Erma J Denton |
| 10-14774 | Jorge A Correa and Maria E Correa |
| 10-14986 | Frankie M Nelson |
| 10-15233 | Gladys W Branch |
| 10-15337 | Deborah D Conner |
| 10-15359 | Jasmine L Jackson |
| 10-15392 | Mattie J Shaw |
| 10-15420 | Anthony J Stoll |
| 10-15521 | Vanessa D Jordan |
| 10-15705 | Deborah L Williams |
| 10-16044 | Sylvester Pulphus and Freedonia Pulphus |
| 10-16135 | Kimberly S Fitts |
| 10-16226 | Nettie M Dover |
| 10-16304 | Anthony F Fountaine |
| 10-16613 | Zelda Spruill |
| 10-16700 | Phyllis L Oates |
| 10-16713 | Sylvia M Jones |
| 10-16796 | Earnestine Labon |
| 10-17026 | Lakesha L Lawson |
| 10-17034 | Shenyka M Wheatly |
| 10-17044 | Charles A Wallace and LaToya L Wallace |
| 10-17368 | Karen L Gause |
| 10-17371 | Ronald E Garner and Julia M Garner |
| 10-17603 | Brenda J Webster |
| 10-17607 | Darrell Hudson and Sherita L Hudson |
| 10-17608 | Floyd Bates and Arline Hayes |
| 10-17765 | Linnea Y Williams |
| 10-17829 | Juanita J Wilson- Young |
| 10-17834 | Larry R Sanders |
| 10-17977 | Rita R Sneed |
| 10-18041 | Dorise L Clayton |
| 10-18239 | Cherice E Hoard |

| | |
|---|---|
| 10-18245 | Lakisha P Hunter |
| 10-18247 | Gwendolyn R Jackson |
| 10-18253 | Elishia A Gilmore |
| 10-18472 | Earline Wilson |
| 10-18610 | Nicholas E Collins |
| 10-18675 | Judy L McConnell |
| 10-18920 | Lorraine M Stewart |
| 10-19121 | Robin C Aaron |
| 10-19123 | Lemuel Austin |
| 10-19203 | Sheila Davis |
| 10-19420 | Reginald Burrell and Qwendolyn M Ficklin- Burrell |
| 10-19426 | Laura Hernandez |
| 10-19428 | Ta-Aqua D Luster |
| 10-19430 | Ernestine T Jeter |
| 10-19595 | Karen P Grover |
| 10-19838 | Taurean Foster |
| 10-19929 | Veronica L Richardson |
| 10-19942 | Jose G Mejia and Alma D Mejia |
| 10-19962 | Shirley R Jones |
| 10-20251 | Alberta L Jones |
| 10-20254 | Fred Rogers and Cornelia Rogers |
| 10-20428 | Pamela Franklin |
| 10-20438 | Michael J Barksdale |
| 10-20618 | Juanita M Phillips |
| 10-20629 | Bennie J Dorsey and Bessie R Dorsey |
| 10-20636 | Sandra E Burden |
| 10-20808 | Beverly Bridgemon |
| 10-20817 | Pinkie J Lambert |
| 10-20827 | Angela M Stanton |
| 10-20947 | Mijoshi U Moore |
| 10-20953 | Ruben Reed |
| 10-21350 | Latoya M Thomas |
| 10-21354 | Tonya Y Reed |
| 10-21356 | Michael R. Altheimer |
| 10-21358 | Printice L Walls |
| 10-21359 | Charles A Matthews |
| 10-21528 | Frank D Paige |
| 10-21538 | Patricia V Clayton |
| 10-21544 | Sarah A Beane |
| 10-21902 | Stacey V Davis |
| 10-21938 | Learner L Jones |
| 10-22152 | Kimberly E Bonds |
| 10-22153 | Marvin L Durr |
| 10-22156 | Lasharron E Holt |
| 10-22506 | LeeRoy Reed and Mary M Reed |
| 10-22508 | Alma L Shannon |
| 10-22509 | Ricky Burns and Sharon D Lobdell-Burns |
| 10-22712 | Rashid D Salahuddin |

| | |
|---|---|
| 10-22727 | Jillian A Jorgensen |
| 10-22920 | Rafael Calderon and Ramona Calderon |
| 10-23291 | Oliver Grayson and Bonnie J Grayson |
| 10-23312 | Ida L Searcy |
| 10-23322 | David Banasiak |
| 10-23323 | Charles S Henderson |
| 10-23640 | Celeste Sutton |
| 10-23644 | Erica M Johnson |
| 10-23805 | Larry Swift |
| 10-23856 | Daniel L Therrell |
| 10-23961 | Tina M Bishop |
| 10-24054 | Roy D Ewing and Crystal L Ewing |
| 10-24057 | Tiffany C Robinson |
| 10-24058 | Tyrone Frazier |
| 10-24214 | Jamela K Butler |
| 10-24287 | Janet L Tiedeman |
| 10-24306 | Henry E Dondle |
| 10-24308 | Kevin D Lawson and Shauranda Lawson |
| 10-24310 | Kevin A Perry |
| 10-24660 | Adello Purnell |
| 10-24668 | Tanesha M Lewis |
| 10-24676 | Marilyn D Hannah |
| 10-24683 | Tonya R Mcgaughy |
| 10-24685 | George A Hamilton |
| 10-24688 | Frederick L Hamilton and Patricia A Hamilton |
| 10-25237 | Enrique Hernandez and Libia L Hernandez |
| 10-25361 | Yolanda I Dixon |
| 10-25363 | Bradford W Barnes |
| 10-25508 | Joseph W Kates |
| 10-25512 | Larry E Gates and Josie L Gates |
| 10-25515 | Wesley J Stovall and Willa M Stovall |
| 10-25517 | Rosemary Chisholm |
| 10-25535 | Sandra D Spencer |
| 10-25745 | Sondra E Hicks |
| 10-25752 | Baldomero Sanchez |
| 10-25793 | Violeta Ocampo |
| 10-25794 | Larry G Burgin |
| 10-25838 | Claudell Simmons and Annette Simmons |
| 10-25958 | Anthony L Redmond |
| 10-25964 | Cleofus Hopkins |
| 10-25965 | Tonia R Triggs |
| 10-26047 | Samantha Williams |
| 10-26076 | Sychem S Butler |
| 10-26085 | Imani F Moore |
| 10-26093 | Diana M Notree |
| 10-26263 | Everett J Boyles |
| 10-26303 | Rodney Blalock |
| 10-26305 | Dominique N Toms |

| | |
|---|---|
| 10-26675 | Irma Cadena |
| 10-26681 | Suriztha R Justice |
| 10-26771 | LaToya Y Hayden |
| 10-26775 | Michael Heard and Lola M Heard |
| 10-26784 | David D Nunn |
| 10-26785 | Velda L Grimes |
| 10-27012 | Frank Dixon |
| 10-27046 | Octavia Edgeson |
| 10-27214 | Duane D Davis |
| 10-27401 | Delores Range |
| 10-27406 | Jennifer L Madden |
| 10-27411 | Lawana M Grubbs-Fluckes |
| 10-27428 | Anthony C Rice |
| 10-27682 | Margaret Johnson |
| 10-27696 | Felicia Atkins |
| 10-27826 | Stanley White |
| 10-27830 | Debra L Thornton |
| 10-27997 | Darryl M Jordan |
| 10-28010 | Lillian E Rayburn |
| 10-28227 | Pamela Fitzpatrick |
| 10-28281 | Robin R Thomas |
| 10-28291 | Victor L Mejia |
| 10-28483 | Francine L Hurt |
| 10-28519 | Lori J. Wilcox |
| 10-28545 | Sheila A Henson |
| 10-28832 | Jeannette Landingham |
| 10-28834 | Doreen Holmes |
| 10-28836 | Clementeen Miles |
| 10-29082 | Lee O Thurmond |
| 10-29088 | Michael A McGhee |
| 10-29091 | Mary L Young |
| 10-29224 | Barbara J Withers |
| 10-29235 | Hope C Barlow |
| 10-29282 | Lakisha D Collins |
| 10-29563 | Charles J Walker |
| 10-29574 | Lewis E Richmond |
| 10-29820 | Christy M Branch |
| 10-30028 | Victoria C Giles |
| 10-30031 | Danielle M Bryant |
| 10-30199 | Demetrius H Lopez and Luz N Lopez |
| 10-30252 | Alvira R Moss |
| 10-30456 | Rodnisha L Anderson |
| 10-30484 | Marsha L Pate-Rollins |
| 10-30485 | Fannie P Cook |
| 10-30611 | Wanda A Sanders |
| 10-30614 | Lydia Williams |
| 10-30734 | Achmed R Hurt |
| 10-30760 | Briana E Glover |